# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:05-cr-00061-GEB
     )
LECHARLES BALDON

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum.

Name of Detainee: **LECHARLES BALDON**

Detained at (custodian): **SAN JOAQUIN COUNTY JAIL**

Detainee is: a.) ☒ charged in this district by: **Violation Petition**
    ☐ Indictment    ☐ Information    ☐ Complaint
Charging Detainee With: **Violation of conditions of supervised release**

or    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or    b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Forthwith in the Eastern District of California.*

Signature: /s/ Olusere A. Olowoyeye
Printed Name & Phone No: **OLUSERE OLOWOYEYE/916-554-2891**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *Forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

July 22, 2013      /s/ Kendall J. Newman
Date      United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | unknown | Male ☐ | Female ☐ |
| Booking or CDC #: | 12-19161 | DOB: | 1977 |
| Facility Address: | 999 W. Matthews Road, French Camp, CA 95231 | Race: | |
| | | FBI #: | |
| Facility Phone: | 209-468-4562 | | |
| Currently Incarcerated For: | Felon in Possession of a Firearm | | |

**RETURN OF SERVICE**

Executed on _____ by _____ _____
                                                                                           (Signature)